IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

DALE RAYE SEAGROVES, JR.                                              PLAINTIFF

VS.                              Civil No. 06-CV-1053

KEN JONES, Sheriff,
Union County, Arkansas                                                DEFENDANT

## **ORDER**

Now on this 6th day of August, 2007, comes on for consideration the proposed findings and recommendations filed herein on August 21, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the defendant's motion for summary judgment (Doc. 10) should be and is hereby granted. Therefore, the plaintiff's complaint is dismissed.

IT IS SO ORDERED.

/s/ *Harry F. Barnes*
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**